**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Zakia V. Johnson<br>　　　　　　　　　　　Debtor | Case No. 19-15681 ELF<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>　　　　　　　　　　　Movant<br>　v.<br>Zakia V. Johnson<br>and<br>William C. Miller, Esquire<br>　　　　　　　　　　　Respondents | |

*20-0251*

## ORDER

AND NOW, this 9th day of July, 2020, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby **MODIFIED** to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all *in rem* Relief available under the Non-Bankruptcy law and its loan documents, including, but not limited to pursuing its State Court rights & remedies concerning the property.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 89 Bartram Avenue, Lansdowne, PA 19050 and/or to verify vacancy of the home.

It is further **ORDERED**, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED**, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with pursue its State Court rights & remedies and all other relief available under the Non-Bankruptcy law.

It is further **ORDERED**, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

**Order entered by default.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**